IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

LaTonda J. Greenleaf,            Case No. 3:09CV345

    Plaintiff(s)

v.            ORDER

Commissioner of Social Security ,

    Defendant(s)

It is hereby

Ordered that the Magistrate Judge's Report and Recommendation [4] be, and the same hereby is adopted as the order of the court .

So Ordered.

           S/ James G. Carr
           Chief Judge
           United States District Court