UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Latonda J. Greenleaf, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   3:09cv345 |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | JUDGMENT ENTRY |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon Joint Stipulation of the parties to reverse and remand,

IT IS HEREBY ORDERED that this action be remanded to the Commissioner for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. §405(g). On remand, the ALJ will reevaluate Plaintiff's residual functional capacity, will reevaluate her credibility in accordance with the regulations and Social Security Ruling 96-7p, and will issue a new decision.

IT IS SO ORDERED.

s/ Vernelis K. Armstrong
United States Magistrate Judge

Dated: 3/10/2010